IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| QUADRAY HOBBS, | |
| Plaintiff, | CIVIL ACTION NO.: 2:22-cv-137 |
| v. | |
| KINGSLAND POLICE DEPARTMENT; CAMDEN COUNTY SHERIFF'S OFFICE; and BRUNSWICK JUDICIAL CIRCUIT, | |
| Defendants. | |

**O R D E R**

Plaintiff, seeking to proceed *in forma pauperis*, brought this 42 U.S.C. § 1983 action. Doc. 1. By Order dated February 23, 2023, the Court granted Plaintiff's motions for leave to proceed *in forma pauperis* and advised Plaintiff he was to return the attached financial forms within 30 days of that Order. Doc. 13. Plaintiff has provided the Court with his Consent to Collection of Fees but not the Prison Trust Account form, as Plaintiff contends he has experienced difficulties obtaining a completed Trust Account form from staff. Docs. 14, 15. Because Plaintiff has attempted to comply with the Court's Order, the Court will provide Plaintiff with another opportunity to comply with its Order in this case.

The Court once again **ORDERS** Plaintiff to return an executed prison trust account statement form **on or before April 24, 2023**. The Court has attached copies of this form in blank to assist Plaintiff's efforts. Plaintiff is advised his failure to follow this Court's Orders will result in the dismissal of his Complaint. In addition, Plaintiff is reminded of his obligation to notify the Court of any change in address, in writing. Plaintiff's failure to do so will also result

in the dismissal of his Complaint.

**SO ORDERED**, this 3rd day of April, 2023.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

| | |
|---|---|
| QUADRAY HOBBS, | |
| Plaintiff, | CIVIL ACTION NO.: 2:22-cv-137 |
| v. | |
| KINGSLAND POLICE DEPARTMENT; CAMDEN COUNTY SHERIFF'S OFFICE; and BRUNSWICK JUDICIAL CIRCUIT, | |
| Defendants. | |

## PRISONER TRUST FUND ACCOUNT STATEMENT

Under the Prison Litigation Reform Act, a prisoner seeking to bring a civil action without prepayment of fees must obtain from the appropriate prison official a certified copy of the prisoner's trust account statement for the six-month period immediately preceding the filing of the complaint. Plaintiff in this case has been instructed by the Court to furnish this form to the trust officer of each institution where he has been confined for the last six months.

Please complete this form, attach the supporting ledger sheets, and return these documents to the prisoner for mailing to the Court.

**DATE OF FILING COMPLAINT**: December 5, 2022

**AVERAGE MONTHLY DEPOSITS** during the six months prior to filing of the complaint: _____

**AVERAGE MONTHLY BALANCE** during the six months prior to filing of the complaint: _____

I certify the above information accurately states the deposits and balances in the Plaintiff's trust account for the period shown and the attached ledger sheets are true copies of the account records maintained by this institution.

_____          _____
Signature of Authorized Officer of Institution          Date

_____
Print or Type Name

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| QUADRAY HOBBS,<br><br>    Plaintiff,<br><br>    v.<br><br>KINGSLAND POLICE DEPARTMENT;<br>CAMDEN COUNTY SHERIFF'S OFFICE;<br>and BRUNSWICK JUDICIAL CIRCUIT,<br><br>    Defendants. | CIVIL ACTION NO.: 2:22-cv-137 |

## PRISONER TRUST FUND ACCOUNT STATEMENT

Under the Prison Litigation Reform Act, a prisoner seeking to bring a civil action without prepayment of fees must obtain from the appropriate prison official a certified copy of the prisoner's trust account statement for the six-month period immediately preceding the filing of the complaint. Plaintiff in this case has been instructed by the Court to furnish this form to the trust officer of each institution where he has been confined for the last six months.

Please complete this form, attach the supporting ledger sheets, and return these documents to the prisoner for mailing to the Court.

**DATE OF FILING COMPLAINT**:                             December 5, 2022

**AVERAGE MONTHLY DEPOSITS** during the
six months prior to filing of the complaint:                        _____

**AVERAGE MONTHLY BALANCE** during the
six months prior to filing of the complaint:                        _____

I certify the above information accurately states the deposits and balances in the Plaintiff's trust account for the period shown and the attached ledger sheets are true copies of the account records maintained by this institution.

_____          _____
Signature of Authorized Officer of Institution          Date

_____
Print or Type Name